UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEON STRAYHORN,

       Plaintiff,                    No. 11-15216

v.                                  District Judge Patrick J. Duggan
                                        Magistrate Judge R. Steven Whalen

PATRICIA CARUSO, ET AL.,

       Defendants.
                                   /

**ORDER DENYING MOTION FOR PERSONAL SERVICE BUT
ORDERING MARSHAL'S SERVICE BY CERTIFIED MAIL**

      Plaintiff Leon Strayhorn, a *pro se* litigant in the custody of the Michigan Department of Corrections ("MDOC"), has filed a second motion for personal service on Defendant Russell Malicoat by the United States Marshal [Doc. #102]. On April 29, 2013, the Court entered an order denying personal service, but providing for service by certified mail [Doc. #81]. It appears that Defendant Russell Malicoat has not yet been served.

      Therefore, consistent with my prior Order, Plaintiff's motion for personal service is [Doc. #102] is DENIED.  However,  the Court will again order the U.S. Marshal to serve Defendant Russell Malicoat by certified mail, return receipt requested.

      Accordingly, in lieu of personal service, the United States Marshal is directed to mail copies of the summons and complaint to Defendant Russell Malicoat by certified mail, return receipt requested, at the address that was provided to the Marshal by the MDOC.

      Pursuant to Fed.R.Civ.P. 4(m), the time for service of the summons and complaint

is extended 45 days from the date of this Order.

    IT IS SO ORDERED.


Dated: July 16, 2013                      s/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE