UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEROY STRAYHORN,

    Plaintiff,                           No. 11-15216

v.                                        District Judge Patrick J. Duggan
                                           Magistrate Judge R. Steven Whalen

PATRICIA CARUSO, ET AL.,

    Defendants.
_____/

## ORDER

       For the reasons stated on the record on December 10, 2013, Defendants Prison Health Services, Inc.'s and Dr. Zakiuddin A. Khan's Motion for HIPPA Disclosure Order and/or Qualified Protective Order [Doc. #126], in which Defendants Karen Malicoat [Doc. #127] and Russell Malicoat [Doc. #138] have joined, is DENIED.

       IT IS SO ORDERED.

Dated: December 10, 2013            s/ R, Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 10, 2013, electronically and/or by U.S. mail.

                                            s/Michael Williams
                                            Case Manager to the
                                            Honorable R. Steven Whalen