UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEON STRAYHORN,

            Plaintiff,                     No. 11-15216

v.                                 District Judge Patrick J. Duggan
                                    Magistrate Judge R. Steven Whalen

PATRICIA CARUSO, ET AL.,

            Defendants.

_____ /

## ORDER

On December 19, 2013, Plaintiff filed a Motion for Reconsideration [Doc. #140] of my previously entered Order Regarding Discovery Motions [Doc. #105]. Defendants, as well as Interested Party Daniel H. Heyns shall file a response to the Motion for Reconsideration on or before JANUARY 10, 2014. Plaintiff may file a reply on or before JANUARY 17, 2014.

IT IS SO ORDERED.

                                    s/ R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

Date: December 30, 2013

I hereby certify that a copy of the foregoing document was sent to parties of record on December 30, 2013, electronically and/or by U.S. Mail.

                                    s/Michael Williams
                                    Case Manager to the
                                    Honorable R. Steven Whalen