UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEROY STRAYHORN,

       Plaintiff,                            Case No. 11-15216

v.                                        District Judge Patrick J. Duggan
                                             Magistrate Judge R. Steven Whalen

PATRICIA CARUSO, ET AL.,

       Defendants.
_____/

**ORDER APPROVING EXPERT SERVICES**

      Plaintiff's ex parte motion for approval of expert witness expenses [Doc. #163] is hereby GRANTED, pursuant to this district's Instructions for Completing Non-Appropriated Fund Voucher, § 1(f)(ii).  Pursuant to § 3, a request for reimbursement of expert witness expenses must be filed within 30 days of entry of judgment.

      IT IS SO ORDERED.


Dated: April 22, 2014                    s/R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on April 22, 2014, electronically and/or by U.S. Mail.

                                         s/Michael Williams
                                         Case Manager for the
                                         Honorable R. Steven Whalen